```
BRYAN MACQUISTON BARRY, JR      COVINGTON CREDIT                JOHN DEERE FINANCIAL
KELLY LEE BARRY                 ATTN: BANKRUPTCY                P.O. BOX 650215
73 TOM STOCKMAN RD              P.O.BOX 1947                    DALLAS, TX 75265
MOSELLE, MS 39459               GREENVILLE, SC 29602


THOMAS C. ROLLINS, JR.          EXPLORIA                        MAHINDRA FINANCE
THE ROLLINS LAW FIRM, PLLC      8781 SIERRA COLLEGE             ATTN: BNAKRUPTCY
P.O. BOX 13767                  BLVD                            PO BOX 2000
JACKSON, MS 39236               ROSEVILLE, CA 95661             JOHNSTON, IA 50131


AFFIRM, INC.                    FAMILY CHOICE FINANCIA          MERRICK BANK CORP
ATTN: BANKRUPTCY                3208 SERVICE DR                 PO BOX 9201
650 CALIFORNIA ST               STE E                           OLD BETHPAGE, NY 11804
 FL 12                          PEARL, MS 39208
SAN FRANCISCO, CA 94108


ALLY FINANCIAL, INC             FIRST HERITAGE                  REPUBLIC FINANCE
ATTN: BANKRUPTCY                3317 HARDY ST                   7031 COMMERCE CIR
PO BOX 380901                   STE 50                          BATON ROUGE, LA 70809
BLOOMINGTON, IL 55438           HATTIESBURG, MS 39401


BRIDGECREST ACCEPTANCE          FIRST NATAIONAL BANK            SYNCHRONY
PO BOX 53087                    ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
SUITE 100                       PO BOX 5097                     PO BOX 955060
PHOENIX, AZ 85072               SIOUX FALLS, SD 57117           ORLANDO, FL 32896-5060


CAPITAL ONE                     FNCC                            UPLIFT
ATTN: BANKRUPTCY                500 E 60TH ST N                 ATTN: BANKRUPTCY
P.O. BOX 30285                  SIOUX FALLS, SD 57104           275 BATTERY STREET
SALT LAKE CITY, UT 84130                                        SUITE 2300
                                                                SAN FRANCISCO, CA 94111


CAPITAL ONE                     FST STATE BK                    US ATTORNEY GENERAL
P.O. BOX 60599                  POB 506                         US DEPT OF JUSTICE
CITY OF INDUS, CA 91716-0599    WAYNESBORO, MS 39367            950 PENNSYLVANIA AVENW
                                                                WASHINGTON, DC 20530-00


CHASE CARD SERVICES             INTERNAL REVENUE SERVI          WELLS FARGO
ATTN: BANKRUPTCY                CENTRALIZED INSOLVENCY          ATTN: BANKRUPTCY
PO BOX 15299                    P.O. BOX 7346                   PO BOX 10438
WILMINGTON, DE 19850            PHILADELPHIA, PA 19101-7346     DES MOINES, IA 50306


COMMUNITY BANK                  INTERNAL REVENUE SERVI          WILKINSON LAW FIRM
ATTN: BANKRUPTCY                C/O US ATTORNEY                 51 KEYWOOD CIRCLE
1905 COMMUNITY BANK             501 EAST COURT ST               FLOWOOD, MS 39232
WAY                             STE 4.430
FLOWOOD, MS 39232               JACKSON, MS 39201
```