**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Bryan Macquiston Barry, Jr | Case No. 25-51765-KMS |
| | Kelly Lee Barry, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before January 21, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on February 24, 2026, at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: November 28, 2025              /s/ Thomas C. Rollins, Jr.
                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bryan Macquiston Barry, Jr** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 (Spouse, if filing) | **Kelly Lee Barry** | |
| | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | |
| Case number: (If known) | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$1,386.78**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

>  **Magnolia Estates**
>  **1333 Hwy 61 S**
>  **Vicksburg MS 39180-0000**

APPENDIX D                                      Chapter 13 Plan                                      Page 1

| Debtor | **Bryan Macquiston Barry, Jr** | Case number | |
|---|---|---|---|
| | **Kelly Lee Barry** | | |

Joint Debtor shall pay  **$693.39**  ( ☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

> **Atchafalaya Homes, LLC**
> **4478 NE Evangeline Thruway**
> **Carencro LA 70520-0000**

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑    Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐    Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑    **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced*.

**Part 3:    Treatment of Secured Claims**

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply*.
☑    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced*.
*Insert additional claims as needed.*

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

☐    **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑    Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Family Choice Financia | $4,607.00 | Browning Sweet 16 shotgun Winchester auto 12 gauge shotgun Ruger Ark 7 Remington Rifle | $800.00 | $800.00 | 10.00% |
| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |

**Mississippi Chapter 13 Plan**                                                                                                                    Page 2

Debtor  **Bryan Macquiston Barry, Jr**  Case number
**Kelly Lee Barry**

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Fst State Bk | $91,988.00 | 2007 NauticStar<br>2015 Chevrolet Silverado<br>2007 Fleetwood Southwind<br>2013 Cruiser FWH | $56,198.00 | $56,198.00 | 10.00% |
| John Deere Financial | $9,000.00 | 2020 John Deere Gator | $8,410.00 | $8,410.00 | 10.00% |
| Mahindra Finance | $46,190.00 | 2024 Mahindra 2816 Tractor and implements | $35,000.00 | $35,000.00 | 10.00% |
| Republic Finance | $12,336.00 | 2012 Polaris Ranger Does not run<br>2007 Polaris Ranger | $800.00 | $800.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

**Mississippi Chapter 13 Plan**    Page 3

| Debtor | **Bryan Macquiston Barry, Jr** | Case number | |
| | **Kelly Lee Barry** | | |

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Bridgecrest Acceptance | 2020 Jeep Wrangler 95411 miles | $36,079.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

### 3.4 Motion to avoid lien pursuant to 11 U.S.C. § 522.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

### 3.5 Surrender of collateral.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Community Bank | Checking: Community Bank-account closed 04/2025 |
| Covington credit | Household Goods |
| Exploria | 2024 Corporate Centre Dr Myrtle Beach, SC 29577 Horry County |
| First Heritage | Household Goods |

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

### 4.1 General
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

### 4.2 Trustee's fees
Trustee's fees are governed by statute and may change during the course of the case.

### 4.3 Attorney's fees.

☑ No look fee: **4,600.00**

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**577.00**

Attorney fee to be paid in plan per confirmation order: $**4,023.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

### 4.4 Priority claims other than attorney's fees and those treated in § 4.5.

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service **$50,014.51** .
☐ Mississippi Dept. of Revenue **$0.00** .
☐ Other _____ **$0.00** _____ .

**Mississippi Chapter 13 Plan** Page 4

| Debtor | **Bryan Macquiston Barry, Jr** | Case number | |
|---|---|---|---|
| | **Kelly Lee Barry** | | |

**4.5** **Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ **100.00** % of the total amount of these claims, an estimated payment of $ **114,497.58**
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7: Vesting of Property of the Estate

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
Ally Financial Inc has one payment left on the loan due December 1, 2025. Debtor's mother has been paying ongoing payments on the vehicle and will make the final payment direct to Ally.

### Part 9: Signatures:

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X **/s/ Bryan Macquiston Barry, Jr** | X **/s/ Kelly Lee Barry** |
|---|---|
| **Bryan Macquiston Barry, Jr** | **Kelly Lee Barry** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **November 20, 2025** | Executed on **November 20, 2025** |

**Mississippi Chapter 13 Plan** Page 5

| | | | |
|---|---|---|---|
| Debtor | **Bryan Macquiston Barry, Jr** <br> **Kelly Lee Barry** | Case number | |

| | |
|---|---|
| **73 Tom Stockman Rd** | **73 Tom Stockman Rd** |
| Address | Address |
| **Moselle MS 39459-0000** | **Moselle MS 39459-0000** |
| City, State, and Zip Code | City, State, and Zip Code |
| | |
| Telephone Number | Telephone Number |

X **/s/ Thomas C. Rollins, Jr.**   Date **November 20, 2025**

**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code

**601-500-5533**   **103469 MS**
Telephone Number   MS Bar Number

**trollins@therollinsfirm.com**
Email Address

**Mississippi Chapter 13 Plan**   Page 6

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

    Case Trustee
    Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

| | |
|---|---|
| Family Choice Financial, Inc.<br>c/o Robin Marie Rush<br>3208 Service Drive Suite E<br>Pearl, MS 39208 | Deere Credit Services, Inc.<br>c/o C. T. Corporation System<br>8927 Lorraine Rd. Suite 204-A<br>Gulfport, MS 39503 |
| First State Bank<br>c/o CEO/President<br>P.O. Box 506<br>Waynesboro, MS 39367 | Mahindra Finance USA LLC<br>c/o Corporation Service Company<br>109 Executive Drive, Suite 3<br>Madison, MS 39110 |
| Republic Finance, LLC<br>c/o C. T. Corporation System<br>8927 Lorraine Rd. Suite 204-A<br>Gulfport, MS 39503 | |

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: December 1, 2025            /s/ Thomas C. Rollins, Jr.
                                                  *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BRYAN MACQUISTON BARRY, JR<br>KELLY LEE BARRY | CASE NO: 25-51765-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/1/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/1/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51765-KMS |
|---|---|
| BRYAN MACQUISTON BARRY, JR<br>KELLY LEE BARRY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/1/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                              CERTIFIED 9589071052702652811697         CERTIFIED 9589071052702652811703

FAMILY CHOICE FINANCIAL INC              FIRST STATE BANK                         REPUBLIC FINANCE LLC
CO ROBIN MARIE RUSH                      CO CEOPRESIDENT                          CO CT CORPORATION SYSTEM
3208 SERVICE DRIVE SUITE E               PO BOX 506                               8927 LORRAINE RD SUITE 204-A
PEARL MS 39208                           WAYNESBORO MS 39367                      GULFPORT MS 39503



FIRST CLASS                              CERTIFIED 9589071052702652811710         CASE INFO

DEERE CREDIT SERVICES INC                MAHINDRA FINANCE USA LLC                  LABEL MATRIX FOR LOCAL NOTICING
CO C T CORPORATION SYSTEM                CO CORPORATION SERVICE COMPANY           NCRS ADDRESS DOWNLOAD
8927 LORRAINE RD SUITE 204-A             109 EXECUTIVE DRIVE SUITE 3              CASE 25-51765-KMS
GULFPORT MS 39503                        MADISON MS 39110                         SOUTHERN DISTRICT OF MISSISSIPPI
                                                                                  MON DEC 1 7-30-29 PST 2025


                                                                                  EXCLUDE

ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LL    BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND    US BANKRUPTCY COURT
4515 N SANTA FE AVE DEPT APS             4515 N SANTA FE AVE DEPT APS             DAN M RUSSELL  JR US COURTHOUSE
OKLAHOMA CITY  OK 73118-7901             OKLAHOMA CITY  OK 73118-7901             2012 15TH STREET  SUITE 244
                                                                                  GULFPORT  MS 39501-2036



                                         EXCLUDE

AFFIRM  INC                              (D)ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LL    ALLY FINANCIAL  INC
ATTN BANKRUPTCY                          4515 N SANTA FE AVE DEPT APS             ATTN BANKRUPTCY
650 CALIFORNIA ST                        OKLAHOMA CITY  OK 73118-7901             PO BOX 380901
FL 12                                                                             BLOOMINGTON  IL 55438-0901
SAN FRANCISCO  CA 94108-2716



BRIDGECREST ACCEPTANCE                   BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND    CAPITAL ONE
PO BOX 53087                             CO AIS PORTFOLIO SERVICES  LLC           ATTN BANKRUPTCY
SUITE 100                                4515 N SANTA FE AVE DEPT APS             PO BOX 30285
PHOENIX  AZ 85072-3087                   OKLAHOMA CITY  OK 73118-7901             SALT LAKE CITY  UT 84130-0285



CAPITAL ONE                              CARVANA  LLC  BRIDGECREST CO AIS PORTFOLIO    CHASE CARD SERVICES
PO BOX 60599                             4515 N SANTA FE AVE DEPT APS             ATTN BANKRUPTCY
CITY OF INDUS  CA 91716-0599             OKLAHOMA CITY  OK 73118-7901             PO BOX 15299
                                                                                  WILMINGTON  DE 19850-5299



COMMUNITY BANK                           COVINGTON CREDIT                         EXPLORIA
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                          8781 SIERRA COLLEGE
1905 COMMUNITY BANK                      POBOX 1947                               BLVD
WAY                                      GREENVILLE  SC 29602-1947                ROSEVILLE  CA 95661-5920
FLOWOOD  MS 39232-1220



(P)FIRST NATIONAL BANK                   (P)FAMILY CHOICE FINANCIAL               FIRST HERITAGE
ATTN BANKRUPTCY                          3208 SERVICE DRIVE                       3317 HARDY ST
1500 S HIGHLINE AVE                      SUITE E                                  STE 50
SIOUX FALLS SD 57110-1003                PEARL MS 39208-3539                      HATTIESBURG  MS 39401-6934



FIRST NATAIONAL BANK                     FST STATE BK                             INTERNAL REVENUE SERVI
ATTN BANKRUPTCY                          POB 506                                  CENTRALIZED INSOLVENCY
PO BOX 5097                              WAYNESBORO  MS 39367-0506                PO BOX 7346
SIOUX FALLS  SD 57117-5097                                                        PHILADELPHIA  PA 19101-7346
```

```
INTERNAL REVENUE SERVI                  (P)DEERE CREDIT SERVICES  INC          MAHINDRA FINANCE
CO US ATTORNEY                          ATTN LITIGATION  RECOVERY DEPARTMENT   ATTN BNAKRUPTCY
501 EAST COURT ST                       PO BOX 6600                            PO BOX 2000
STE 4430                                JOHNSTON IA 50131-6600                 JOHNSTON  IA 50131-0020
JACKSON  MS 39201-5025




MERRICK BANK CORP                       (P)REPUBLIC FINANCE LLC                SYNCHRONY
PO BOX 9201                             282 TOWER RD                           ATTN BANKRUPTCY
OLD BETHPAGE  NY 11804-9001             PONCHATOULA LA 70454-8318              PO BOX 955060
                                                                               ORLANDO  FL 32896-5060




                                        EXCLUDE

US ATTORNEY GENERAL                     UNITED STATES TRUSTEE                  UPLIFT
US DEPT OF JUSTICE                      501 EAST COURT STREET                  ATTN BANKRUPTCY
950 PENNSYLVANIA AVENW                  SUITE 6-430                            275 BATTERY STREET
WASHINGTON  DC 20530-0001               JACKSON  MS 39201-5022                 SUITE 2300
                                                                               SAN FRANCISCO  CA 94111-3366




                                                                               DEBTOR

(P)WELLS FARGO                          WILKINSON LAW FIRM                     BRYAN MACQUISTON BARRY JR
P O BOX 9210                            51 KEYWOOD CIRCLE                      73 TOM STOCKMAN RD
DES MOINES IA 50306-9210                FLOWOOD  MS 39232                      MOSELLE  MS 39459-9665




EXCLUDE                                                                        EXCLUDE

(P)DAVID RAWLINGS                       KELLY LEE BARRY                        THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  73 TOM STOCKMAN RD                     THE ROLLINS LAW FIRM  PLLC
PO BOX 566                              MOSELLE  MS 39459-9665                 PO BOX 13767
HATTIESBURG MS 39403-0566                                                      JACKSON  MS 39236-3767
```