**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Bryan Macquiston Barry, Jr            Case No. 25-51765-KMS
        Kelly Lee Barry , Debtors                         CHAPTER 13

**CERTIFICATE OF COMPLIANCE OF PROVISION OF
PAYMENT ADVICES TO CASE TRUSTEE**

       COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, David Rawlings, P.O. Box 566, Hattiesburg, MS 39403-0566 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

       WITNESS my signature on December 29, 2025.

                                           /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236
                                           601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on December 29, 2025. All interested parties will receive electronic notification from the Court.

                                           /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr.