**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BRYAN MACQUISTON BARRY, JR.**      Bankruptcy No. 25-51765-KMS
             **KELLY LEE BARRY**

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Family Choice Financial Inc. - Grenada Branch ("Family Choice ") by and through its attorney of record and files this, its Objection to Confirmation of Chapter 13 Plan as to the Creditor's treatment for the purpose of plan confirmation and would respectfully show unto the Court, as follows:

1. On or about November 21, 2025, Debtors filed a petition for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code. As of the date of filing, Debtors are indebted to Family Choice in the sum of $4,536.23 on Account #2312, plus interest accruing thereafter, late fees, attorney's fees, and other expenses.

2. Family Choice's claim is secured by property contained in the duly perfected UCC financing statement which was filed by Family Choice. A copy of the documentation evidencing Family Choice's lien is attached hereto and made apart of the same as if copied in full herein. The value of the collateral securing the debt exceeds the proposed value under the Plan and makes Family Choice fully secured.

3. Family Choice denies that all the collateral is exempt as listed in the proposed plan and objects to Debtors' claim of exemption for that property which is not exempt pursuant to Miss Code Ann. § 85-3-1, et seq. or other applicable law. Family Choice denies that the lien on Debtors' property impairs all exemptions to which debtors would be entitled under 11 U.S.C. § 522(b).

4. To the extent that Family Choice is not paid the replacement value of its collateral with interest, Family Choice rejects debtors' plan.

5.      Family Choice further objects to any amended and/or altered plan that has been or may be filed in this case.

6.      And for other grounds to be shown at hearing hereof.

**WHEREFORE, PREMISES CONSIDERED,** Family Choice Financial Inc. - Grenada Branch requests that this Court to deny confirmation of Debtors' proposed plan and treatment and that Family Choice be paid in full at a rate according to the proper valuation and for other relief as is good and equitable and grant such other relief as is necessary under the circumstances.

Dated: January 21, 2026

                                                Family Choice Financial Inc.
                                              Grenada Branch

                              BY:     /s/ B. Joey Hood, II
                                     B. Joey Hood, II - Its Attorney

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147

**CERTIFICATE OF SERVICE**

I, B. Joey Hood, II, attorney for Family Choice Financial Inc. - Grenada Branch, do hereby certify that the following have been served electronically via ECF with a copy of this objection to confirmation.

1. Thomas Carl Rollins, Jr.   trollins@therollinslawfirm.com

2. U.S. Trustee   USTPRegion05.JA.ECF@usdoj.gov

3. David Rawlings   ecfnotices@rawlings13.net

Date:   January 21, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com