# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51765  **Case Name:** Bryan Macquiston Barry, Jr and Kelly Lee Barry

**Set:** 02/24/2026 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Amended Objection to Confirmation filed by Family Choice Financial, Inc. (Dkt. #24) - AGREED ORDER TO BE SUBMITTED BY HOOD; CALLED IN BY HOOD'S OFFICE

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Hood to submit an Agreed Order on the Amended Objection filed by Family Choice Financial, Inc. [24]. Order due by 03/10/2026. Confirmation hearing removed. (mcc)