_____



**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 24, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRYAN MACQUISTON BARRY, JR.           Bankruptcy No. 25-51765-KMS
        KELLY LEE BARRY

## AGREED ORDER

This matter came on before the Court on the Amended Objection to Confirmation (Docket No. 24) filed by Family Choice Financial, Inc. - Hattiesburg Branch ("Family Choice"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Orders as follows:

The Debtors' plan shall be and is hereby amended to pay Family Choice $1,500.00 plus 10% interest for its secured claim over the plan term. The remaining $3,036.23 is to be treated as general unsecured claim. ( Claim # 16 )

That the Chapter 13 Trustee shall amend Debtors' wage order as needed to comply with the terms of this Order.

## END OF ORDER ##

**SUBMITTED BY:**                              **AGREED AND APPROVED**:

*/s/ B. Joey Hood, II*                         /s/ Thomas Carl Rollins, Jr. ( with permission)
B. Joey Hood, II                               Thomas Carl Rollins, Jr.
Attorney for Creditor                          Attorney for Debtors
Grenada Branch
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                       /s/Samuel J. Duncan, Atty for
notices@jhoodlaw.com                           David Rawlings
MBN: 101147                                    Chapter 13 Trustee