United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51765-KMS

Bryan Macquiston Barry, Jr  Chapter 13
Kelly Lee Barry
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Feb 24, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan Macquiston Barry, Jr, Kelly Lee Barry, 73 Tom Stockman Rd, Moselle, MS 39459-9665 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor First State Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bryan Macquiston Barry Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kelly Lee Barry trollins@therollinsfirm.com |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Feb 24, 2026     Form ID: pdf012     Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 24, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRYAN MACQUISTON BARRY, JR.          Bankruptcy No. 25-51765-KMS
      KELLY LEE BARRY

### AGREED ORDER

    This matter came on before the Court on the Amended Objection to Confirmation (Docket No. 24) filed by Family Choice Financial, Inc. - Hattiesburg Branch ("Family Choice"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Orders as follows:

    The Debtors' plan shall be and is hereby amended to pay Family Choice $1,500.00 plus 10% interest for its secured claim over the plan term. The remaining $3,036.23 is to be treated as general unsecured claim. ( Claim # 16 )

    That the Chapter 13 Trustee shall amend Debtors' wage order as needed to comply with the terms of this Order.

### ## END OF ORDER ##

**SUBMITTED BY:**

*/s/ B. Joey Hood, II*
B. Joey Hood, II
Attorney for Creditor
Grenada Branch
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147

**AGREED AND APPROVED**:

/s/ Thomas Carl Rollins, Jr. ( with permission )
Thomas Carl Rollins, Jr.
Attorney for Debtors


/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee