United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51765-KMS
Bryan Macquiston Barry, Jr     Chapter 13
Kelly Lee Barry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Feb 26, 2026     Form ID: n031     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan Macquiston Barry, Jr, Kelly Lee Barry, 73 Tom Stockman Rd, Moselle, MS 39459-9665 |
| cr | + | Family Choice Financial, Inc. - Hattiesburg Branch, 2902 Hardy Street, Ste 30, Hattiesburg, MS 39401-7031 |
| 5597789 | + | B. Joey Hood II, Attorney at Law, PLLC, Attorney for Family Choice Financial Inc, Hattiesburg Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5602885 | + | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 5593115 | + | Exploria, 8781 Sierra College, Blvd, Roseville, CA 95661-5920 |
| 5614336 | + | Family Choice Financial, Inc. - Hattiesburg, 2902 Hardy St #30, Hattiesburg, MS 39401-7031 |
| 5602886 | + | First State Bank, PO Box 506, Waynesboro, MS 39367-0506 |
| 5593120 | + | Fst State Bk, Pob 506, Waynesboro, MS 39367-0506 |
| 5593128 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |
| 5593131 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 19:39:13 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: wrs@byrdwiser.com | Feb 26 2026 19:30:00 | First State Bank, c/o Byrd & Wiser, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5593107 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 26 2026 19:39:11 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5615585 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 19:39:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594701 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 19:39:11 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5593108 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2026 19:30:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5597789 | + | Email/Text: notices@jhoodlaw.com | Feb 26 2026 19:30:00 | B. Joey Hood II, Attorney at Law, PLLC, Attorney for Family Choice Financial Inc, Hattiesburg Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5593109 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 26 2026 19:30:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5594703 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 19:39:15 | Bridgecrest Credit Company, LLC as Agent and Servi, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5593110 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 26 2026 19:39:15 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5593111 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 19:39:13 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5598322 + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2026 19:39:11 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5595796 + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 19:39:11 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5593112 + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2026 19:39:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5593113 + | Email/Text: jill.johnson@communitybank.net | Feb 26 2026 19:30:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank, Way, Flowood, MS 39232-1220 |
| 5593114 + | Email/Text: bankruptcy@curo.com | Feb 26 2026 19:30:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5597866 | Email/Text: litbkcourtmail@johndeere.com | Feb 26 2026 19:30:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 5593123 | Email/Text: litbkcourtmail@johndeere.com | Feb 26 2026 19:30:00 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265 |
| 5593116 | Email/Text: rrush@familychoicefinancial.com | Feb 26 2026 19:30:00 | Family Choice Financia, 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5593119 | Email/Text: BNSFN@capitalsvcs.com | Feb 26 2026 19:30:00 | FNCC, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5596365 + | Email/Text: bankruptcy@curo.com | Feb 26 2026 19:30:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5593117 + | Email/Text: bankruptcy@curo.com | Feb 26 2026 19:30:00 | First Heritage, 3317 Hardy St, Ste 50, Hattiesburg, MS 39401-6934 |
| 5593118 + | Email/Text: BNSFN@capitalsvcs.com | Feb 26 2026 19:30:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5593122 + | Email/Text: ebone.woods@usdoj.gov | Feb 26 2026 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5593121 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2026 19:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5609846 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 19:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5610574 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 19:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5610138 + | Email/Text: RASEBN@raslg.com | Feb 26 2026 19:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5601020 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 19:39:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5593124 + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Feb 26 2026 19:30:00 | Mahindra Finance, Attn: Bnakruptcy, Po Box 2000, Johnston, IA 50131-0020 |
| 5593125 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 19:39:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5593126 | Email/Text: bankruptcy@republicfinance.com | Feb 26 2026 19:30:00 | Republic Finance, 7031 Commerce Cir, Baton Rouge, LA 70809 |
| 5600621 | Email/Text: bankruptcy@republicfinance.com | Feb 26 2026 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5598899 | + | Email/Text: wrs@byrdwiser.com | Feb 26 2026 19:30:00 | Robert Alan Byrd, Esq., Atty for First State Bank, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5593127 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 19:39:11 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5593129 | ^ | MEBN | Feb 26 2026 19:28:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5593130 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 26 2026 19:39:13 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |
| 5614440 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 26 2026 19:39:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5620715 | | Mahindra Finance USA LLC |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2026          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial  Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor First State Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bryan Macquiston Barry  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kelly Lee Barry trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Feb 26, 2026 | Form ID: n031 | Total Noticed: 47 |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51765−KMS
**Chapter:** 13

**In re:**

Bryan Macquiston Barry Jr
aka Bryan M Barry Jr
73 Tom Stockman Rd
Moselle, MS 39459

Kelly Lee Barry
73 Tom Stockman Rd
Moselle, MS 39459

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 26, 2026 (Dkt. # 29 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 26, 2026

Danny L. Miller, Clerk of Court